KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6917
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00568 VRW |
| Plaintiff, | ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 10, 2006 TO APRIL 21, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AS TO DEFENDANT LARRY McGEE |
| v. | |
| FRANK TYRAN CLARK and LARRY McGEE, | |
| Defendants. | |

The government and Defendant Larry McGee appeared before the Honorable Bernard Zimmerman on March 10, 2006. The Court enters this order scheduling a hearing for identification of counsel and arraignment at 9:30 a.m. on April 21, 2006, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from March 10, 2006 to April 21, 2006. The parties agreed, and the Court found and held, as follows:

1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, in light of the need to fully address issues related to retention of the undersigned counsel or appointment of panel counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00568 VRW

the period from March 10, 2006 to April 21, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 10, 2006 to April 21, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a hearing for identification of counsel on April 21, 2006, at 9:30 a.m., before the Honorable James Larson.

IT IS SO STIPULATED.

DATED: _____     _____/s/_____
                                                                TRACIE L. BROWN
                                                                Assistant United States Attorney

DATED: _____     _____/s/_____
                                                                PAUL DE MEESTER
                                                                Attorney for LARRY McGEE

IT IS SO ORDERED.

DATED: April 5, 2006                              _____
                                                                THE HON. BERNARD ZIMMERMAN
                                                                United States Magistrate Judge

STIPULATION AND ORDER
CR 05-00568 VRW                                    2