KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                           )<br>      Plaintiff,                 )<br>                                           )<br>   v.                                   )<br>                                           )<br>FRANK TYRAN CLARK and LARRY  )<br>McGEE,                             )<br>                                           )<br>      Defendants.           )<br>_____ | No.  CR 05 00568 VRW<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 21, 2006 TO MAY 23, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AS TO DEFENDANT LARRY McGEE |

    The United States and Defendant Larry McGee appeared before the Honorable James Larson on April 21, 2006, April 24, 2006 and April 27, 2006 for identification of counsel.  The Court enters this order scheduling an initial appearance in the District Court before the Hon. Vaughn R. Walker on May 23, 2006 at 10:30 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from April 21, 2006 to May 23, 2006.  The parties have agreed, and the Court finds and holds, as follows:

    1. The parties have agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny the Defendant continuity of counsel, in light of the need to fully address issues related to appointment of panel counsel.  Exclusion of time for effective preparation is also appropriate in light of the need to provide discovery to the

STIPULATION AND ORDER
CR 05-00568 VRW

Defendant's counsel, who was finally appointed on April 27, 2006.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 21, 2006 to May 23, 2006, outweigh the best interest of the public and the Defendant in a speedy trial.  Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the Defendant, the Court ordered that the period from April 21, 2006 to May 23, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    4. The Court scheduled an appearance before the Hon. Vaughn R. Walker on May 23, 2006, at 10:30 a.m.

    IT IS SO STIPULATED.

DATED: _____   
                                                    /S/  
                                                    TRACIE L. BROWN  
                                                    Assistant United States Attorney

DATED: _____   
                                                    /S/  
                                                    JAMES GILLER  
                                                    Attorney for LARRY McGEE

    IT IS SO ORDERED.

DATED: __June 12, 2006_____



IT IS SO ORDERED  
Judge James Larson

STIPULATION AND ORDER  
CR 05-00568 VRW                               2