```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  TRACIE L. BROWN (CSBN 188349)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-6917
 7     Facsimile: (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00568 VRW |
| Plaintiff, ) | |
| v. ) | |
| ) | [~~PROPOSED~~] ORDER ADDING |
| FRANK TYRAN CLARK and LARRY ) | CONDITION OF RELEASE AS TO |
| McGEE, ) | LARRY McGEE |
| Defendants. ) | |

The parties appeared before the Court on March 30, 2007 for a bail review hearing. Pursuant to the recommendation of Pretrial Services and the arguments of counsel, IT IS HEREBY ORDERED THAT Defendant Larry McGee shall participate in drug counseling and testing at the direction of pretrial services.

Dated: April 3, 2007

The H[onorable]
United [States Magistrate Judg]e
Judge Joseph C. Spero

CR 05-00568 VRW
[~~PROP~~] ORDER RE COND'NS OF RELEASE        1