**MINTZ AND GILLER**
A Law Corporation
By: James Giller, Esq. (SBN: 028084)
405 - 14th Street, Suite 1008
Oakland, California 94612
Telephone: (510) 451-6686
Facsimile: (510) 451-4820

Attorney for Defendant,
**Larry McGee**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. CR 05-568 VRW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| -vs- | |
| Larry McGee | |
| Defendants | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Tracie Brown, for The United States of America and James Giller Attorney for Defendant, Larry McGee, that the sentencing hearing of Defendant herein be changed from **June 5, 2007, at 10:30AM., to June 19, 2007 at 2:30PM** before the Honorable Vaughn R. Walker. The reason for said stipulation is that the counsel for Defendant Larry McGee is in need of some extra time to prepare a sentencing memorandum.

    IT IS FURTHER STIPULATED that this continuance is with the consent of the United States Probation Officer, Ann Searles.

1

DATED: May___, 2007

S/
_____
Tracie L. Brown,
Assistant United States Attorney

DATED: May___, 2007

S/
_____
James Giller,
Attorney for Defendant,
Larry McGee

## ORDER

IT IS SO ORDERED that the sentencing hearing in this matter is continued to **June 19, 2007, at 2:30 p.m.,** before the Honorable Vaughn R. Walker.

DATED: 5/30/2007

*[Signature and seal: IT IS SO ORDERED, Judge Vaughn R. Walker, United States District Court, Northern District of California]*

2